Christopher P. McNett (SBN 298893)
cmcnett@mckoolsmith.com
McKool Smith. P.C.
1717 K St NW, Suite 1000
Washington, DC 20037
Telephone: 202-370-8323

**ATTORNEY FOR PLAINTIFF
VERVAIN, LLC**

*GRANTED
Judge Nathanael M. Cousins*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF A DOCUMENT AND DEPOSITION SUBPOENA SERVED IN:<br><br>VERVAIN, LLC<br><br>                                      Plaintiff,<br><br>     v.<br><br>KINGSTON TECHNOLOGY COMPANY, INC; KINGSTON DIGITAL, INC; AND KINGSTON TECHNOLOGY CORPORATION,<br><br>                                      Defendants. | Case No. 5:25-mc-80156<br><br>Underlying Litigation:<br>Case No. 1:24-cv-00254-ADA, U.S. District Court, Western District of Texas<br><br>**NOTICE REGARDING DISMISSAL OF CASE**<br><br>Honorable Nathaniel Cousins |

In response to the Clerk's Notice (Dkt. 24), Vervain submits that *Vervain, LLC v. Kingston Technology Company, Inc. et al*, No. 5:25-mc-80156-NC may now be closed.  The Court has denied third party TenaFe, Inc.'s Motion to Quash and granted Vervain the discovery it sought.  Fact discovery is now closed in the underlying case, and Vervain believes no further assistance from the Court will be necessary.

DATED: November 21, 2025

                                            Respectfully submitted,

                                            /s/ *Christopher P. McNett*
                                            Christopher P. McNett (SBN 298893)
                                            cmcnett@mckoolsmith.com
                                            McKool Smith. P.C.
                                            1717 K St NW, Suite 1000
                                            Washington, DC 20037
                                            Telephone: 202-370-8323

                                            **Attorney for Vervain, LLC**

McKool Smith, P.C.

Notice Regarding Dismissal of Case